In re Resignation of Muldrow.

[Cite as *In re Resignation of Muldrow* (1992), 63 Ohio St.3d 1210.]

(No. 92–416—Submitted March 17, 1992—Decided April 1, 1992.)

The resignation of Norris Muldrow as an attorney, Registration No. 0033138, is accepted.

Moyer, C.J., Sweeney, Holmes, Douglas, Wright, H. Brown and Resnick, JJ., concur.